IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GLEN I. TAYLOR, #127254, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:12cv37-TMH |
| | ) | |
| CYNTHIA DILLARD, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AND OPINION**

On April 23, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 12). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. Plaintiff's claims against the Alabama Board of Pardons and Paroles are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(I);

2. The Alabama Board of Pardons and Paroles are DISMISSED as a party to this cause of action; and

3. This case is referred back to the Magistrate judge for further proceedings.

Done this the   15th   day of   May  , 2012.

　　　　　　　　　　　　　　　　　　　　／s/ Truman M. Hobbs
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE