IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GLEN I. TAYLOR, #127 254, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO.  2:12cv-037-TMH |
| | ) | |
| CYNTHIA DILLARD, | ) | (WO) |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendant and against the Plaintiff, and this case is DISMISSED with prejudice.  Costs are taxed against the Plaintiff.

DONE this 25th day of April, 2014.


  /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE